The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: January 27 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| **Brian Keith Martin** | : | **Case No. 18-62499** |
| **Teresa Joy Martin,** | : | **Judge John Gustafson** |
| Debtor(s). | | |

**ORDER RELEASING DEBTOR FROM MAKING FURTHER PAYMENTS**

The Court hereby ORDERS that the Debtor is hereby released and that no further payments are required.

**IT IS SO ORDERED.**

###

Submitted by:

/s/ Dynele L. Schinker-Kuharich

Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Deborah L. Mack, Counsel for Brian Keith and Teresa Joy Martin, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

Brian Keith Martin and
Teresa Joy Martin, Debtors, via regular mail at:
1177 County Road 251
Polk, OH 44866