UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO - CANTON

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-62499-JPG |
| BRIAN KEITH MARTIN<br>TERESA JOY MARTIN | * | JUDGE JOHN P GUSTAFSON |
| Debtor | * | **DEBTOR'S CERTIFICATION<br>REGARDING DOMESTIC<br>SUPPORT OBLIGATIONS** |

I, BRIAN KEITH MARTIN, Debtor in this Chapter 13 case, hereby certify that:

1. I am not required by any judicial or administrative order, or by statute, to pay a domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)].

2. I am required by judicial or administrative order, or by statute, to pay a domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)] and that all amounts payable under such order or such statute that are due on or before the Date of Certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) **have been paid**.

3. I am required by a judicial or administrative order, or by statute, to pay a domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)], and that all amounts payable under such order or such statute that are due on or before the Date of Certification (including amounts due before the petition was filed, but only to the extend provided for by the plan) **have not been paid**.

Date of Certification: December 21, 2022

Through my signature below, I hereby certify, **under the penalty of perjury**, that the information provided above is true and correct to the best of my knowledge, information and belief.

_12-21-2022_
Date Signed

_BRIAN KEITH MARTIN_