UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO - CANTON

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| BRIAN KEITH MARTIN | * | CASE NO. 18-62499-JPG |
| TERESA JOY MARTIN | * | |
| Debtors | * | JUDGE JOHN P GUSTAFSON |
| | * | |
| | * | **1328(H) CERTIFICATION** |
| | * | **AND MOTION FOR ENTRY** |
| | * | **OF DISCHARGE** |

I, BRIAN KEITH MARTIN, Debtor in this Chapter 13 case, hereby state:

X 1. I **have not claimed** an exemption under § 522(b)(3)(A) in an amount in excess of the amount set out in § 522(q)(1) in property of the kind described in § 522(q)(1)(B) [generally homestead property].

There is **no preceding pending** in which I may be found guilty of a felony as described in § 522(q)(1)(A) or found liable for a debt as described in § 522(q)(1)(B).

2. I **have claimed** an exemption under § 522 (b)(3)(A) in an amount in excess of the amount set out in § 522(q)(1) in property of the kind described in § 522(p)(1) [generally homestead property].

There **is no proceeding pending** in which I may be found guilty of a felony as described in § 522(q)(1)(A) or found liable for a debt as described in § 522(q)(1)(B).

3. I **have claimed** an exemption under § 522 (b)(3)(A) in an amount in excess of the amount set out in § 522(q)(1) in property of the kind described in § 522(p)(1) [generally homestead property].

There **is a proceeding pending** in which I may be found guilty of a felony as described in § 522(q)(1)(A) or found liable for a debt as described in § 522(q)(1)(B).

Through my signature, I hereby certify, **under the penalty of perjury**, that the information provided above is true and correct to the best of my knowledge, information and belief.

/2-21-2022
Date Signed

_____
BRIAN KEITH MARTIN